

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-20-00069-CV

**IN RE** Devry Marie **SAENZ**

Original Mandamus Proceeding[1]

**ORDER**

On January 31, 2020, relator filed a petition for writ of mandamus and a motion for temporary relief asking this court to vacate or stay the trial court's order of commitment or set a bond on such commitment in a reasonable amount. On January 31, 2020, this court granted the motion for temporary relief and ordered relator released from confinement on a cash bond pending final resolution of relator's petition. The real party in interest filed a response to the petition for writ of mandamus. After considering the petition, the response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus, revoke relator's bond, and order her remanded to the custody of the Sheriff of Kendall County.

It is so **ORDERED** on March 4, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-538, styled *In the Marriage of Devry Marie Saenz and Matthew Joseph Springer, and In the Interest of L.V.S., P.M.S., and P.M.S., Children*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Solomon Casseb, III presiding.